# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| FRANKIE L. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:17-cv-1871-LSC-JEO |
| ) | |
| PICKENS COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 27, 2018, recommending all federal claims in this action be dismissed without prejudice for lack of subject matter jurisdiction and for failure to exhaust administrative remedies. (Doc. 18). The magistrate judge further recommended all state law claims in this action be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). (*Id.*). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, the plaintiff's federal claims in this action are due to be dismissed without prejudice for lack of subject matter jurisdiction and for failure to exhaust administrative

remedies. Additionally, the plaintiff's state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON OCTOBER 17, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704